UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN CONWAY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DAWSON PENDERGRASS and UNITED STATES OF AMERICA, JOHN DOE 1-5 and ABC CORP. 1-5,<br><br>Defendants. | CASE NO: 2:21-CV-0226-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal of Defendant Pendergrass (ECF No. 8). The motion was submitted for hearing without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of the above-entitled matter against Defendant

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Dawson Pendergrass with prejudice and with each party bearing their own costs, fees, and expenses.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Defendant Dawson Pendergrass is **DISMISSED** from this action with prejudice and with each party bearing its own costs, fees, and expenses.

The District Court Executive is directed to enter this Order and adjust the docket accordingly.

DATED October 6, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2