UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN CONWAY, individually,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, JOHN DOE 1-5 and ABC CORP. 1-5 (names being fictitious as true identities are unknown at this time),<br><br>　　　　　　　Defendants. | NO:  2:21-CV-0226-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulated Motion for Entry of Order of Dismissal (ECF No. 14).  The parties have resolved this case and now move for an order dismissing the Complaint with prejudice, with each party bearing its own costs and fees.  The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff's Complaint is **DISMISSED** with prejudice and with each party bearing its own costs and fees.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 14, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2